**Order entered January 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00813-CV

**BODUM USA, INC. AND BODUM HOLDING AG, Appellants**

**V.**

**J.C. PENNEY CORPORATION, INC., Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04943-2013**

## ORDER

Before the Court is appellants' January 3, 2019 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and **ORDER** appellants' reply brief be filed by **February 6, 2019**.

/s/    KEN MOLBERG
          JUSTICE